## GEORGE H. WINTERS v. MINNEAPOLIS & ST. LOUIS RAILROAD COMPANY.[1]

December 4, 1914.

Nos. 18,655—(184).[2]

**Remittitur without paying costs.**

Motion to send remittitur to court below without payment of costs denied. No showing of inability of guardian *ad litem* to pay. [Reporter.]

After the decision in the appeal reported in 126 Minn. 260, 148 N. W. 106, plaintiff moved that the remittitur be sent to the court below without payment of the judgment for costs. Motion denied.

*Barton & Kay*, for plaintiff.

*W. H. Bremner* and *F. M. Miner*, for defendant.

[1] Reported in 148 N. W. 1096.                    [2] April, 1914, term calendar.

PER CURIAM.

Plaintiff's motion that the remittitur be sent to the court below without payment of the judgment for costs is denied. By G. S. 1913, § 7983 (R. L. 1905, § 4347), the infant plaintiff and his guardian *ad litem* are liable for costs. There is no showing of the inability of the guardian to pay.